J. T. SCOTT, Appellant, v. UNITED STATES of America, Appellee.

No. 1235.

Circuit Court of Appeals, Tenth Circuit.

Jan. 25, 1936.

Kelly Brown, of Muskogee, Okl., for appellant.

Cleon A. Summers, U. S. Atty., and Earl Pruet, Asst. U. S. Atty., both of Muskogee, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Under authority of United States v. Constantine, 56 S.Ct. 223, 80 L.Ed. ——, and United States v. Kesterson, 56 S.Ct. 229, 80 L.Ed. —— (both cases decided December 9, 1935), the judgment of the trial court is reversed, and the case is remanded, with directions to vacate the judgment and enter an order dismissing the indictment and discharging the defendant.

SCRIPTO MANUFACTURING COMPANY, Appellant, v. EAGLE PENCIL COMPANY, Appellee.

No. 150.

Circuit Court of Appeals, Second Circuit.

Dec. 9, 1935.

Ralph E. Slayton, of New York City, for appellant.

Morris Hirsch and Dean, Fairbank, Hirsch & Foster, all of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (13 F.Supp. **71**) affirmed on opinion below.

SECURITY FIRST NATIONAL BANK OF LOS ANGELES et al., Appellants and Cross-Appellees, v. M. W. LOWERY et al., Constituting Unsecured Creditors' Committee, Richfield Oil Company, Appellees and Cross-Appellants.

SAME v. UNSECURED CREDITORS' PROTECTIVE COMMITTEE, RICHFIELD OIL COMPANY OF CALIFORNIA, Appellee and Cross-Appellant.

SAME v. UNSECURED CREDITORS' PROTECTIVE COMMITTEE, RICHFIELD OIL CO. OF CALIFORNIA et al., Appellees and Cross-Appellants.

SECURITY–FIRST NAT. BANK OF LOS ANGELES, Appellant, v. UNSECURED CREDITORS' COMMITTEE, etc., Appellees.

Nos. 7813, 7814, 8099, 8103.

Circuit Court of Appeals, Ninth Circuit.

Jan. 20, 1936.

Harry Dunn and O'Melveny, Tuller & Myers, all of Los Angeles, Cal., for Security-First Nat. Bank.

Homer D. Crotty and Gibson, Dunn & Crutcher, all of Los Angeles, Cal., for McDuffie, receiver, etc.

Alexander Macdonald and Bauer, Macdonald, Schultheis & Pettit, all of Los Angeles, Cal., for Richfield Bondholders' Committee.

Leo S. Chandler, Chandler, Wright & Ward, Alex W. Davis, and Call & Murphey, all of Los Angeles, Cal., for Unsecured Creditors' Committee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

On motions of counsel for respective parties, and stipulation of counsel for all interested parties, except Cities Service, and good cause therefor appearing, it is ordered that the decree of the District Court in case No. 7813 be modified pursuant to stipulation; and that the appeals and cross-appeals in cases Nos. 7814, 8099 and 8103 be dismissed, that decrees be filed and entered accordingly, and the mandates of this court in above four cases issue forthwith.